ASTRAZENECA UK LIMITED and
Astrazeneca Pharmaceuticals LP,
Plaintiffs–Appellants,

v.

DR. REDDY'S LABORATORIES, LTD.
and Dr. Reddy's Laboratories, Inc.,
Defendants–Appellees.

No. 2011–1128.

United States Court of Appeals,
Federal Circuit.

Jan. 31, 2011.

**Teodora L. OWEN, Petitioner,**

v.

**OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.**

No. 2011–3030.

United States Court of Appeals,
Federal Circuit.

Jan. 28, 2011.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).

**ORDER**

The petitioner having failed to file the
required Statement Concerning Discrimi-
nation, it is

ORDERED that the petition for review
be, and the same hereby is, DISMISSED,
for failure to prosecute in accordance with
the rules.